UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEIZURE OF )   CASE NO. 3:10mj 190
) 
) 
ONE 2010 TOYOTA RAV4, )   ORDER SEALING AFFIDAVIT AND
VIN JTMZF4DV9AD028568. )   APPLICATIONS
) 
) 

UPON MOTION of the United States of America, by and through Anne M Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

**IT IS HEREBY ORDERED** that the Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 28th day of October, 2010.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE