IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF | ) | |
| | ) | |
| ONE 2010 TOYOTA RAV4, VIN | ) | CASE NO. 3:10MJ190-DSC |
| JTMZF4DV9AD028568. | ) | |
| _____ | ) | |

**ORDER UNSEALING AFFIDAVIT AND APPLICATION**

UPON MOTION of the United States of America, by and through David A. Brown, Attorney for the United States Acting Under the Authority Conferred by 28 U.S.C. § 515, for an order directing that the documents on file in this case be unsealed because the reasons for sealing no longer exist,

**IT IS HEREBY ORDERED** that the Affidavit and Application, and the Motion to Seal and Order to Seal, be unsealed;

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED.**                    Signed: February 24, 2011

David S. Cayer
United States Magistrate Judge